AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-01721

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Take-Two Interactive Software, Inc.
was received by me on *(date)* 09/01/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On November 29, 2023, I served the summons and complaint on Miranda Means, counsel for Take-Two Interactive Software, Inc., who is authorized to accept service on behalf of Take-Two Interactive Software, Inc. and who agreed to accept service via email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/29/2023

/s/Andrew W. Alexander
*Server's signature*

Andrew W. Alexander
*Printed name and title*

1405 East Sixth Street
Cleveland, OH 44114
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-01721

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 2K Games, Inc.
was received by me on *(date)* 09/01/2023 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On November 29, 2023, I served the summons and complaint on Miranda Means, counsel for 2K Games, Inc., who is authorized to accept service on behalf of 2K Games, Inc. and who agreed to accept service via email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/29/2023

/s/Andrew W. Alexander
*Server's signature*

Andrew W. Alexander
*Printed name and title*

1405 East Sixth Street
Cleveland, OH 44114
*Server's address*

Additional information regarding attempted service, etc: