# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | **CASE NO. 1:23CV1721** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **2K GAMES, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

Upon the joint request of the parties, the captioned case was stayed on December 14, 2023, pending the resolution of Case No. 1:17CV2635. Following a jury trial, judgment was entered in favor of Defendants in Case No. 1:17CV2635 on April 19, 2024.

Consequently, the parties in the captioned case are ordered to show cause in writing by June 11, 2024 at 2:00 p.m. EST, why the stay should not be lifted. If the case is to proceed, the parties shall submit a proposed case management schedule including dates for amending pleadings, filing answers and completing fact discovery.

**IT IS SO ORDERED.**

**DATE: June 3, 2024**

 s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**