IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CIVIL ACTION NO. 1:23-cv-01721-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| 2K GAMES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Hayden ("Mr. Hayden") voluntarily dismisses all claims asserted in the above-referenced case with prejudice, each party to bear its own costs.

2

Dated: February 14, 2025  Respectfully submitted,

*/s/ Andrew Alexander*
John Cipolla (Ohio Bar No. 0043614)
Daniel McMullen (Ohio Bar No. 0034380)
Todd R. Tucker (Ohio Bar No. 0065617)
Andrew Alexander (Ohio Bar No. 0091167)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Fax: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
ttucker@calfee.com
aalexander@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Fax: (216) 241-0816
kpinter@calfee.com

*Attorneys for Plaintiff James Hayden*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Dismissal* has been filed electronically on February 14, 2025, with the United States District Court for the Northern District of Ohio. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system, and all parties may access this filing through that system.

                                              */s/ Andrew Alexander*
                                              One of the Attorneys for Plaintiff James Hayden