So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CIVIL ACTION NO. 1:23-cv-01721-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| 2K GAMES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Hayden ("Mr. Hayden") voluntarily dismisses all claims asserted in the above-referenced case with prejudice, each party to bear its own costs.

Dated: February 14, 2025                              Respectfully submitted,

/s/ Andrew Alexander
John Cipolla (Ohio Bar No. 0043614)
Daniel McMullen (Ohio Bar No. 0034380)
Todd R. Tucker (Ohio Bar No. 0065617)
Andrew Alexander (Ohio Bar No. 0091167)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Fax: (216) 241-0816
jcipolla@calfee.com
dmcmullen@calfee.com
ttucker@calfee.com
aalexander@calfee.com

*Of Counsel*

Kimberly A. Pinter (Ohio Bar No. 0084277)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Fax: (216) 241-0816
kpinter@calfee.com

*Attorneys for Plaintiff James Hayden*